

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00080-CV

IN THE INTEREST OF K.N.M.M., A CHILD

On Appeal from the 100th District Court
Donley County, Texas
Trial Court No. DCPS-14-7079, Honorable Stuart Messer, Presiding

June 18, 2015

## ORDER

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

By one order signed February 20, 2015, the trial court terminated the parent-child relationships between the subject child K.N.M.M. and her mother, L.N.W.B., and her father, B.D.M. Both mother and father filed notices of appeal from the order of termination.

On appeal, mother challenges the trial court's order of termination by six points of error. The father's appointed attorney has filed a motion to withdraw and brief in support of that motion consistent with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), in which he represents to this Court that, after a diligent

review of the record, he can find no grounds for reversal. *See In re A.W.T.*, 61 S.W.3d 87, 88–89 (Tex. App.—Amarillo 2001, no pet.) (per curiam).

Consistent with the applicable rules, the Clerk of this Court assigned the same cause number to the mother's and father's notices of appeal. *See* TEX. R. APP. P. 12.2(c). In light of the interests of the parties and in order to give full and fair consideration to each party's position on appeal, by this order, we hereby sever the father's appeal from the original cause number assigned to their appeals: 07-15-00080-CV. *See* TEX. R. APP. P. 2 (permitting appellate court to suspend a rule's operation in a particular case and order a different procedure when doing so will "expedite a decision or for other good cause"). The mother's appeal from the order terminating her parental rights remains pending in the original cause. The father's appeal will be assigned a new appellate cause number: 07-15-00233-CV. The appeals will be considered and disposed of in due course by separate opinions in their respective causes.

It is so ordered.

Per Curiam